## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| PARALLEL IRON, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-307-RGA |
| | ) | |
| VMWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on October 25, 2013, copies of: (1) **PLAINTIFF PARALLEL IRON, LLC'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(A)(1)** and (2) this **NOTICE OF SERVICE** were served upon the following counsel as shown:

**BY E-MAIL**

Jack Blumenfeld
Morris Nichols Arsht & Tunnell
1201 N. Market Street
Wilmington, DE  19801

Collins J. Seitz, Jr.
Benjamin J. Schladweiler
Seitz Ross Aronstam & Moritz LLP
100 S. West Street, Suite 40
Wilmington, DE 19801

Katherine K. Lutton
Leeron G. Kalay
Michael Sobolev
Shelley K. Mack
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063

Douglas E. McCann
Robert M. Oakes
Fish & Richardson, P.C.
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

David R. Clonts
Ashley Edison Brown
Iftikhar Ahmed
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana, 44th Floor
Houston, TX 7700

Amr O. Aly
Mayer Brown LLP
1675 Broadway
New York, NY 10019-5820

October 25, 2013

OF COUNSEL:

Marc A. Fenster
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th
Floor
Los Angeles, CA 90025
(310) 826-7474
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

BAYARD, P.A.

*/s/ Sara E. Bussiere*
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE  19899
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com
(302) 655-5000

*Attorneys for Plaintiff Parallel Iron, LLC*