# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PARALLEL IRON, LLC, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) C.A. No. 13-307-RGA |
|  | ) |
| AT&T, INC, *et al.*, | ) |
|  | ) |
| Defendant. | ) |

## STIPULATION TO STAY PROCEEDINGS

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that all deadlines in the present action, including the deadline for VMware, Inc. to produce core technical documents pursuant to Paragraph 3(b) of the Court's Scheduling Order (D.I. 45), shall be stayed pending resolution of the dispute by the parties.

STAMOULIS & WEINBLATT LLC

*/s/ Richard C. Weinblatt*
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
(302) 999-1540

*Attorneys for Plaintiff
Parallel Iron, LLC*

FISH & RICHARDSON P.C.

*/s/ Douglas E. McCann*
Douglas E. McCann (#3852)
Robert M. Oakes (#5217)
222 Delaware Avenue, 17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114
Telephone: (302) 652-5070
Email: dmccann@fr.com; oakes@fr.com

        Katherine Kelly Lutton (*admitted pro hac vice*)
Shelley K. Mack (*admitted pro hac vice*)
Leeron G. Kalay (*admitted pro hac vice*)
Fish & Richardson P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
(650) 839-5070
Email: lutton@fr.com; mack@fr.com; kalay@fr.com

Michael Rueckheim (*admitted pro hac vice*)
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
(713) 654-5300
Email: rueckheim@fr.com

*Attorneys for Defendant*
*VMware, Inc.*

**IT IS SO ORDERED** this _____ day of _____, 2014.

_____
United States District Judge