IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC,<br>      Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 1:13-cv-00307-RGA<br>) |
| AT & T SERVICES, INC. et al.,<br>      Defendants. | )<br>)<br>) |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff Parallel Iron, LLC ("Plaintiff") and defendant VMware, Inc. ("VMware"), through their attorneys of record, request this Court to dismiss all Plaintiff's claims for relief against VMware and VMware's counterclaims for relief against Plaintiff with prejudice, subject to the terms of that certain agreement entitled "LITIGATION DISMISSAL AGREEMENT" dated January 27, 2014, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | FISH & RICHARDSON, P.C. |
| */s/ Richard C. Weinblatt* | */s/ Douglas E. McCann* |
| Stamatios Stamoulis #4606 | Douglas E. McCann #3852 |
|     stamoulis@swdelaw.com |     dmccann@fr.com |
| Richard C. Weinblatt #5080 | Robert M. Oakes #5217 |
|     weinblatt@swdelaw.com |     oakes@fr.com |
| Two Fox Point Centre | 222 Delaware Avenue, 17th Floor |
| 6 Denny Road, Suite 307 | P.O. Box 1114 |
| Wilmington, DE 19809 | Wilmington, DE 19899-1114 |
| (302) 999-1540 | Telephone: (302) 652-5070 |
| | |
| *Attorneys for Plaintiff* | Katherine Kelly Lutton (*admitted pro hac vice*) |
| *Parallel Iron, LLC* |     lutton@fr.com |
| | Shelley K. Mack (*admitted pro hac vice*) |
| |     mack@fr.com |
| | Leeron G. Kalay (*admitted pro hac vice*) |
| |     kalay@fr.com |
| | Fish & Richardson P.C. |
| | 500 Arguello Street, Suite 500 |

Redwood City, CA 94063
(650) 839-5070

Michael Rueckheim (*admitted pro hac vice*)
    rueckheim@fr.com
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
(713) 654-5300

*Attorneys for Defendant*
*VMware, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>AT & T SERVICES, INC. et al., )<br>   Defendants. )<br>_____) | Civil Action No. 1:13-cv-00307-RGA |

## **ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant VMware, Inc. ("VMware"), have requested that the Court dismiss all Plaintiff's claims for relief against VMware and VMware's counterclaims for relief against Plaintiff with prejudice, subject to the terms of that certain agreement entitled "LITIGATION DISMISSAL AGREEMENT" dated January 27, 2014, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all Plaintiff's claims for relief against VMware and all VMware's counterclaims for relief against Plaintiff are dismissed with prejudice, subject to the terms of that certain agreement entitled "LITIGATION DISMISSAL AGREEMENT" dated January 27, 2014. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2014.

                   _____
                       U.S.D.J.