IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARALLEL IRON, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 13-307 (RGA) |
| ) | |
| AT&T INC., *et al*. ) | |
| ) | |
| Defendants. ) | |

## [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Parallel Iron, LLC ("Plaintiff") and Defendant T-Mobile USA, Inc. ("Defendant") have requested that the Court dismiss all of Plaintiff's claims for relief against Defendant, with prejudice and with all attorneys' fees, costs, and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that all of Plaintiff's claims for relief against Defendant are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court, and expenses shall be borne by each party incurring the same.

SO ORDERED this 10th day of Feb, 2014.

Richard G. Andrews
UNITED STATES DISTRICT JUDGE

8016337